# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 8, 2016

### NO. 03-14-00716-CV

**Janos Farkas, Appellant**

**v.**

**Wells Fargo Bank, N.A.; and Brice, Vander Linden & Wernick, P.C., n/k/a Buckley Madole, P.C., Appellees**

---

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, FIELD, AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE BOURLAND**

---

This is an appeal from the judgment signed by the trial court on October 13, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.